UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.:   2:22-mj-00431-VCF |
| v. | ) |
| | ) **ORDER TO CLOSE CASE** |
| RICCI ANTONIO DUSTIN, | ) |
| | ) |
| Defendant. | ) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Ricci Antonio Dustin has successfully completed the conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.
The Status Hearing scheduled for May 11, 2023 at 1:30 pm is VACATED.

DATED this ___10th_____ day of May, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3